# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
# No. 7:14-CV-238-BR

| | |
|---|---|
| Sheena Cromartie, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| Murphy-Brown LLC, | ) |
| Defendant. | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE

This matter comes before the undersigned on the motion of the movant, Sandra Kemp, Administrator of the Estate of Charles Monroe, requesting that she be substituted as the Plaintiff.

Finding good cause is shown, the Court hereby grants the motion and orders that Sandra Kemp, Administrator of the Estate of Charles Monroe, is substituted as the Plaintiff for the decedent, and the caption should be modified to substitute for Charles Monroe the following: "Sandra Kemp, Administrator of the Estate of Charles Monroe."

So ordered, this the 22 day of August, 2019.

Robert B. Jones, Jr.
United States Magistrate Judge