IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-238-BR

| | |
|---|---|
| Sheena Cromartie, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| Murphy-Brown LLC, | ) |
| Defendant. | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE

This matter comes before the undersigned on the motion of the movant, James Linwood Montgomery, Jr., Administrator of the Estate of James Linwood Montgomery, Sr., requesting that he be substituted as the Plaintiff.

Finding good cause is shown, the Court hereby grants the motion and orders that James Linwood Montgomery, Jr., Administrator of the Estate of James Linwood Montgomery, Sr., is substituted as the Plaintiff for the decedent, and the caption should be modified to substitute for James Linwood Montgomery, Sr. the following: "James Linwood Montgomery, Jr., Administrator of the Estate of James Linwood Montgomery, Sr."

So ordered, this the 22 day of August, 2019.

Robert B. Jones, Jr.
United States Magistrate Judge